JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PAUL SAPAN,<br><br>    Plaintiff,<br>vs.<br><br>ONEROOF ENERGY, INC., a Delaware Corporation ,<br><br>    Defendant. | Case No.:  SA CV 16-cv-1448 DOC (KESx)<br><br>**JUDGMENT**<br><br><br>Hon. David O. Carter<br>Hearing Date: January 9, 2017<br>Hearing Time: 8:30 a.m. |

- 1 -

JUDGMENT

# **JUDGMENT**

The Court hereby ORDERS, ADJUDICATES and DECREES that final judgment is for Plaintiff PAUL SAPAN against Defendant ONEROOF ENERGY, INC.

Defendant ONEROOF ENERGY, INC., must pay Plaintiff PAUL SAPAN the sum of Six Thousand, Six Hundred and Eighty Five and 00/100 dollars ($ 6,685.00).

IT IS SO ORDERED, ADJUDICATED AND DECREED.

DATED: January 12, 2017

*David O. Carter*
_____
DAVID O. CARTER
U.S. DISTRICT COURT JUDGE